# CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Defendant Name: CODY P. HYATT

Place of Offense (City & County): Erwin/Unicoi County

Juvenile: Yes ___ No ___    Matter to be Sealed: Yes _x_ No ___

Interpreter: No ___ Yes ___ Language: ___

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) _2_ Felony

| | **ORIGINAL COMPLAINT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)) | 1 |
| | Possession of a firearm in furtherance of a drug trafficking offense (18 U.S.C. § 924(c)(1)(A)) | 2 |
| | | |

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No ___ Yes ___ Case No. _____

Defendant on Supervised Release: Yes ___ No ___

Violation Warrant Issued? No ___ Yes ___ Case No. _____

Related Case(s):

| Case Number | Defendant's attorney | How related |
|---|---|---|
| Case Number | Defendant's attorney | How related |

## Criminal Informations:

Pending criminal case: No ___ Yes ___ Case No. _____

New Separate Case _____ Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____ Appointed: _____

Date: February 12, 2020     Signature of AUSA: _s/J. Gregory Bowman_